IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MIKE and PATRICIA J. CASTLE**                                                                 **PLAINTIFFS**

**v.**                                    **Case No. 3:11-cv-00216-KGB**

**TURBINE SUPPORT INTERNATIONAL, LLC;**
**AVIATION REPAIR TECHNOLOGIES LLC;**
**JOE MRAS; KEVIN HILL; and BEN QUEVEDO**                                **DEFENDANTS**

## ORDER

Before the Court is the motion for continuance of trial date and extension of deadlines or, alternatively, motion for extension of deadlines filed by separate defendants Turbine Support International, LLC; Aviation Repair Technologies, LLC; Joe Mras; and Ben Quevedo (Dkt. No. 31). Separate defendants request a continuance of the trial date and pretrial deadlines in this case to allow the parties to continue to engage in settlement discussions. Separate defendants alternatively request a one-week extension of the pretrial deadlines in this case. Plaintiffs have responded and object to the request for a continuance but do not object to the request for a one-week extension of the pretrial deadlines (Dkt. No. 32).

For good cause shown, the motion is granted in part and denied in part (Dkt. No. 31). Separate defendants' motion for a continuance is denied. Separate defendants' motion for a one-week extension of the pretrial deadlines is granted in part. The Court directs that the parties follow these pretrial deadlines:

- Motions *in limine* must be filed on or before February 3, 2014, and responses must be filed on or before February 10, 2014.

- Objections to opposing parties' pretrial disclosure sheets and responding trial briefs must be filed no later than February 4, 2014.

- The proffering party must designate pertinent portions of a deposition to be used as evidence at trial by January 29, 2014. Counter-designations must be made by February 3, 2014. Objections to any deposition or videotapes that will be used at trial

must be made by written motion indicating the specific objection and its legal basis by February 5, 2014, with the response due on or before February 10, 2014.

- Jury instructions and statements of the case must be submitted to the Court by February 5, 2014.

- The parties should stipulate in writing to the facts not in controversy on or before February 5, 2014.

All other deadlines remain in effect as set forth in the Court's Second Amended Final Scheduling Order (Dkt. No. 26).

SO ORDERED this the 28th day of January, 2014.

_____
Kristine G. Baker
United States District Judge