**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MIKE and PATRICIA J. CASTLE**                                                                  **PLAINTIFFS**

**v.**                                **Case No. 3:11-cv-00216-KGB**

**TURBINE SUPPORT INTERNATIONAL, LLC;
AVIATION REPAIR TECHNOLOGIES LLC;
JOE MRAS; KEVIN HILL; and BEN QUEVEDO**                                        **DEFENDANTS**

## ORDER

Before the Court is plaintiffs' motion to dismiss with prejudice (Dkt. No. 38). No party has responded to plaintiffs' motion, and the time for filing a response has passed. For good cause shown, plaintiffs' motion is granted pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This case is hereby dismissed with prejudice, with each party bearing his, her, or its own fees and costs.

SO ORDERED this 2nd day of July, 2014.

_____
Kristine G. Baker
United States District Judge